IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| COMMERCIAL CAPITAL COMPANY, L.L.C., )<br>COREFIRST BANK & TRUST and )<br>OAKSTAR BANK, )<br>　　　　　　　　　　　　　　　　　　　　　　)<br>　　　　Plaintiffs, )<br>　　　　　　　　　　　　　　　　　　　　　　)<br>vs. 　　　　　　　　　　　　　　　　　　　 )　　Case No. 2:24-cv-02365-JWB-GEB<br>　　　　　　　　　　　　　　　　　　　　　　)<br>AMERICAN TOW & RECOVERY, INC. )<br>and BRYAN A. HERRON, )<br>　　　　　　　　　　　　　　　　　　　　　　)<br>　　　　Defendants. )| |

**PLAINTIFFS' APPLICATION FOR
CLERK'S ENTRY OF DEFAULT**

　　　　Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Local Rule 77.2(a)(6), Plaintiffs Commercial Capital Company, L.L.C., CoreFirst Bank & Trust and OakStar Bank hereby respectfully request that the Clerk of the Court enter an order of default against Defendants American Tow & Recovery, Inc. and Bryan A. Herron with respect to the claims asserted against them.  In support of their request, Plaintiffs state as follows:

　　　　1.　　　　On February 3, 2025, Plaintiffs filed a Motion for Leave to File an Amended Complaint (Doc. 34).

　　　　2.　　　　On February 20, 2025, the Court granted Plaintiffs' Motion for Leave to File their Amended Complaint (Doc. 38). On February 21, 2025, Plaintiffs Amended Complaint for Damages and Recovery of Leased Equipment against all Defendants was filed (Doc. 39) and served upon *pro se* party Bryan A. Herron and American Tow & Recovery, Inc. by email and by

1

regular mail at the addresses provided by Defendants' prior legal counsel in its Motion to Withdraw as Counsel for Defendants (Doc. 25).

3. Defendants American Tow & Recovery, Inc. and Bryan A. Herron's answers to the First Amended Complaint, even allowing an additional three (3) days for regular mail, were due no later than March 10, 2025.

4. Defendants American Tow & Recovery, Inc. and Bryan A. Herron have failed to answer or otherwise plead in response to the First Amended Complaint, and Defendants are now in default.

5. An order of default is thus appropriate in this case.

WHEREFORE, Plaintiffs Commercial Capital Company, L.L.C., CoreFirst Bank & Trust and OakStar Bank respectfully request that the Clerk of the Court enter an order of default judgment against Defendants American Tow & Recovery, Inc. and Bryan A. Herron with respect to the claims asserted against them in the First Amended Complaint.

PAYNE & JONES, CHARTERED

By /s/   Tyler Peters
    Tyler Peters, KS Bar No. 15002
    Mark S. Gunnison, KS Bar No. 11090
    11000 King Street
    Overland Park, Kansas  66210
    Telephone:  (913) 469-4100
    Facsimile:  (913) 469-8182
    tpeters@paynejones.com
    mgunnison@paynejones.com
    **ATTORNEYS FOR PLAINTIFFS**

## Certificate of Service

      I hereby certify that on March 12, 2025, a copy of the foregoing was served on Defendant Bryan A. Herron and Defendant American Tow & Recovery, Inc. electronically at bryanherron@americantowok.com and bherron513@gmail.com and also mailed, first class, postage prepaid, to the following:

>American Tow & Recovery, Inc.
>c/o resident agent Bryan Herron
>2425 N. Shields Blvd.
>Moore, Oklahoma 73160
>**Defendant**
>
>Bryan Herron
>PO Box 6118
>Moore, Oklahoma 73153
>**Defendant**

>>*/s/ Tyler Peters*
>>Tyler Peters, An Attorney for Plaintiffs

3

PJ-1101910-v1