UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **COMMERCIAL CAPITAL COMPANY, LLC., COREFIRST BANK & TRUST, AND OAKSTAR BANK,**<br><br>　　　　Plaintiffs,<br><br>v.<br><br>**AMERICAN TOW & RECOVERY, INC. AND BRYAN A. HERRON,**<br><br>　　　　Defendants. | Case No. 24-2365-JWB-GEB |

## ORDER

This matter comes before the Court on Defendants' Counsel's Unopposed Motion to Withdraw ("Motion") **(ECF No. 70)**. Upon filing their Affidavit in Support **(ECF No. 72)**, counsel's Motion satisfied the requirements of D. Kan. R. 83.5.5(a) governing withdrawal of attorneys whose client will be left without counsel. Therefore, the Court **GRANTS** counsel's Motion and directs the clerk's office to update the docket with Defendants' current mailing addresses and telephone numbers as set forth in paragraphs 2 and 3 of counsel's Motion.

Where this is the second time Defendants have been without counsel, Defendant American Tow & Recovery, Inc. ("American Tow") is again reminded that corporations must be represented by counsel and may not appear *pro se* in federal court. "As a general matter, a corporation or other business entity can only appear in court through an attorney

1

and not through a non-attorney corporate officer appearing pro se."[1] The Court will not accept *pro se* filings made on behalf of American Tow. Therefore, it is critical that an attorney enter an appearance on behalf of American Tow no later than **October 17, 2025**. American Tow is cautioned failure to comply with court-ordered deadlines and failure to appear at hearings could result in the imposition of serious sanctions, including dismissal of affirmative claims for relief and/or the entry of default judgment against the disobedient party.

**IT IS THEREFORE ORDERED** that Defendants' Counsel's Unopposed Motion to Withdraw **(ECF No. 70)** is **GRANTED.**

**IT IS FURTHER ORDERED** the deadline for an attorney enter an appearance on behalf of American Tow & Recovery, Inc. is **October 17, 2025**.

**IT IS SO ORDERED**.

Dated this 16th day of September, 2025 at Wichita, Kansas.

s/ Gwynne E. Birzer
GWYNNE E. BIRZER
U.S. Magistrate Judge

---

[1] *Harrison v. Wahatoyas, L.L.C.*, 253 F.3d 552, 556-57 (10th Cir. 2001) (citing *Flora Constr. Co. v. Fireman's Fund Ins. Co.*, 307 F.2d 413, 414 (10th Cir.1962) ("The rule is well established that a corporation can appear in a court of record only by an attorney at law.")).